NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CPC PATENT TECHNOLOGIES PTY LTD.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-1278, 2024-1354

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00601, IPR2022-00602.

---

## JUDGMENT

---

GEORGE C. SUMMERFIELD, JR., K&L Gates LLP, Chicago, IL, argued for appellant. Also represented by DARLENE GHAVIMI, Spencer Fane, LLP, Austin, TX; JONAH HEEMSTRA, Arnold & Porter Kaye Scholer LLP, Chicago, IL.

SETH W. LLOYD, Morrison & Foerster LLP, Washington, DC, argued for appellee. Also represented by BRIAN ROBERT MATSUI; ALEXANDRA M. AVVOCATO, New York, NY; REBECCA WEIRES SETRAKIAN, Los Angeles, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 7, 2025
Date

Jarrett B. Perlow
Clerk of Court